| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | ANGELA M. HANSEN |
| | Assistant Federal Public Defender |
| 3 | 1301 Clay Street, Suite 1350N |
| | Oakland, CA 94612 |
| 4 | Telephone: (510) 637-3500 |
| | Facsimile: (510) 637-3507 |

Counsel for Defendant CLINTON BABCOCK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 16 00170 JD[KAW] |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING APPEARANCE** |
| v. | ) | **AND ARRAIGNMENT ON AMENDED** |
| | ) | **FORM 12** |
| CLINTON BABCOCK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is scheduled for appearance and arraignment on an amended Form 12 on 22 June 2018 in San Francisco. Defendant Clinton Babcock is out of custody. Defense counsel for Mr Babcock is out of town and, due to scheduling issues, the parties wish to continue this matter to 25 June 2018.

In light of the foregoing, IT IS STIPULATED AND AGREED that the appearance and arraignment on the amended Form 12 be continued to 25 June 2018. Mr Babcock has been informed of this requested continuance.

-1-
STIPULATION AND PROPOSED ORDER CONTINUING ARRAIGNMENT
U.S. V. BABCOCK, CR-16-00170 JD

June 20, 2018 _____/S/_____
WILLIAM GULLOTTA
Assistant United States Attorney

June 20, 2018 _____/S/_____
ANGELA HANSEN (by Jerome Matthews)
Assistant Federal Public Defender

June 20, 2018 _____/S/_____
LAURA SHAER
U.S. Probation Officer

Good cause appearing therefor, IT IS ORDERED that the initial appearance and arraignment currently scheduled for 22 June 2018 be continued to 25 June 2018.

.

June  21 , 2018    *Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge